UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANIYA Q. NAROWSKI-TRIPPITOLA,<br><br>       Plaintiff,<br><br> -against-<br><br>WESTCHESTER COUNTY GOV. OFFICE, ET AL.,<br><br>       Defendants. | 22-CV-9606 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the February 27, 2023, order, this action is dismissed.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

  SO ORDERED.

Dated: February 27, 2023
    New York, New York

                 /s/ Laura Taylor Swain
                 LAURA TAYLOR SWAIN
                 Chief United States District Judge